UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT SOUZA,<br><br>               Plaintiff,<br><br>   v.<br><br>RONALD HAYNES, et al.,<br><br>               Defendants. | C21-5659-TSZ-SKV<br><br>ORDER DISMISSING CIVIL RIGHTS ACTION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation, docket no. 9.

(2)    Plaintiff's motion to voluntarily dismiss, docket no. 7, is GRANTED and the complaint is DISMISSED WITHOUT PREJUDICE.

(3)    The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan and to CLOSE the case.

Dated this 20th day of January, 2022.

                                                                  Thomas S. Zilly
                                                                  United States District Judge